**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                 **PLAINTIFF/RESPONDENT**

V.                      **CASE NO. 5:18-CR-50036**

**RICHARD DALE INGRAM, JR.**                            **DEFENDANT/PETITIONER**

<u>**ORDER**</u>

Comes on for consideration the Report and Recommendation (Doc. 54) filed in this case on December 27, 2022, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Motion Under 28 U.S.C. § 2255 (Doc. 45) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 11th day of January, 2023.

                                                         */s/ Timothy L. Brooks*
                                                         TIMOTHY L. BROOKS
                                                         UNITED STATES DISTRICT JUDGE